# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Edell Jackson, | Ct. No. 21-cv-2072 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Brooklyn Center, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (Doc. 66), all claims against Defendants Garrett Olson, Ethan Weinzierl, and Deputy Sheriff Doe #1 are dismissed with prejudice and without costs to any party.

Dated: June 16, 2022

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge