# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Edell Jackson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Brooklyn Center, et al.,<br><br>　　　　Defendants. | Case No. 21-CV-2072 (SRN/DJF)<br><br><br>**ORDER GRANTING IN FORMA<br>PAUPERIS APPLICATION** |

SUSAN RICHARD NELSON, United States District Judge

　　Plaintiff Edell Jackson, a federal prisoner, has applied for *in forma pauperis* ("IFP") status on appeal from the dismissal of this matter. *See* Doc. No. 76. Because Jackson was authorized to proceed IFP before this Court, *see* Doc. No. 8, he need not again apply again for IFP status before proceeding IFP on appeal, *see* Fed. R. App. P. 24(a)(3). Nevertheless, to make clear that Jackson may proceed IFP on appeal, his appellate IFP application will be granted.

　　Although he may proceed IFP on appeal, because he is a prisoner, Jackson is required to pay the $505.00 appellate filing fee in installments over time, including an initial payment at the outset of the appeal. *See* 28 U.S.C. § 1915(b). Jackson has not supplied recent financial information from his prison trust account from which the appropriate initial partial filing fee on appeal may be calculated under 28 U.S.C. § 1915(b)(1). Accordingly, under the procedures established by *Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997), Jackson's initial partial filing fee on appeal is provisionally

assessed to be $35.00. That initial fee is due and payable immediately. Should Jackson intend to contest that provisional assessment, he may submit financial documentation showing the average balance of and deposits to his prison trust account for the six months preceding the filing of his notice of appeal within 30 days of the date of this order.

## CONCLUSION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The application to proceed *in forma pauperis* on appeal of plaintiff Edell Jackson [Doc. No. 76] is **GRANTED**.

2. The initial partial filing fee owed by Jackson is provisionally assessed to be $35.00. That amount is due and payable immediately. The Court will recalculate that initial partial filing fee upon submission by Jackson, within 30 days of the date of this order, of financial documentation establishing that average balance of and deposits to his prison trust account during the six months preceding the filing of his notice of appeal.

3. Jackson must pay the unpaid balance ($505.00) of the entire statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2). The Clerk of Court shall provide notice of this requirement to the authorities at the institution where Jackson is confined.

Dated: April 7, 2023

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge